# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| IN RE: | |
|---|---|
| **VIRGINIA CREWS,** | **CASE NO. 18-60096-PBD** |
| | **Chapter 13** |
| **Debtor.** | |

## ORDER CONFIRMING PLAN

The Chapter 13 Plan (the "Plan") filed by the Debtor on **February 2, 2018**, having been transmitted to all creditors; and it having been determined that the Plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1) the Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the Estates shall revest in the Debtor. Notwithstanding such revesting, the Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee (the "Trustee") on or before the date of entry of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Trustee after the date of entry of an order of dismissal or conversion shall be refunded to the Debtor at their address of record.

(4) Other provisions:
   a) The Trustee's motion to dismiss is withdrawn and all pending objections have been resolved.

   b) Notwithstanding paragraph two (2) above, the Debtor's interest in property defined by 11 U.S.C. § 1306(a)(1), which includes future interests and inchoate interests, revests in the Debtor only to the extent that the Debtor could legally claim such interest(s) as exempt and is(are) subject to the legal limitations of that exemption. Confirmation is without prejudice to the Trustee seeking, but not requiring, further modification of the Plan upon realization of the value of such property.

**Dated:   March 14, 2018**

_____
United States Bankruptcy Judge

Prepared By:

*/s/Christopher Micale*
Trustee

Seen and Agreed:

*/s/Heidi Shafer, with permission*
Counsel for Debtors